ORIGINAL

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 25 2025  LS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Before the Honorable Lauren King, United States District Court Judge.

| In RE: | |
|---|---|
| Craig & Heidi Rominger, Appellants | CASE NO: 2-25-cv-02143-LK |
| | AMENDED MOTION TO WAIVE APPEAL FILING FEE |
| Jonathan Roberts, Appellee | |

Craig and Heidi Rominger ("Appellants"), appearing pro se, respectfully move the Court for leave to proceed in forma pauperis and for waiver of the filing fees associated with their Notice of Appeal pursuant to 28 U.S.C. § 1930(f)(3) and Federal Rule of Bankruptcy Procedure 8003(a)(3).

In support of this motion, Appellants state as follows:

1. On October 16, 2025, this Court entered its final judgment denying Appellants' discharge under 11 U.S.C. § 727. Appellants have filed a Notice of Appeal from that judgment to the United States District Court for the Western District of Washington.

2. Appellants are presently unable to pay the required $298 appeal filing fee without causing substantial hardship. Appellants are individuals of limited financial means, declared bankruptcy in good faith, and are currently proceeding without counsel until new appellate counsel is retained.

3. Appellants have filed bankruptcy and have been determined by this Court to be financially insolvent. Payment of the fee would undermine their ability to meet basic living needs.

4. This motion is made in good faith and not for purposes of delay. The appeal raises substantial and nonfrivolous issues concerning procedural fairness and the exclusion of exculpatory testimony during trial.

5. Attached to this motion are the following documents: A. Declaration and Application to Proceed in Forma Pauperis, B. Proposed Installment Schedule, beginning February 2026.

2

AMENDED MOTION TO WAIVE APPEAL FILING FEE

1. On October 16, 2025, this Court entered its final judgment denying Appellants' discharge under 11 U.S.C. § 727. Appellants have filed a Notice of Appeal from that judgment to the United States District Court for the Western District of Washington.

2. Appellants are presently unable to pay the required $298 appeal filing fee without causing substantial hardship. Appellants are individuals of limited financial means, declared bankruptcy in good faith, and are currently proceeding without counsel until new appellate counsel is retained.

3. Appellants have filed bankruptcy and have been determined by this Court to be financially insolvent. Payment of the fee would undermine their ability to meet basic living needs.

4. This motion is made in good faith and not for purposes of delay. The appeal raises substantial and nonfrivolous issues concerning procedural fairness and the exclusion of exculpatory testimony during trial.

5. Attached to this motion are the following documents: A. Declaration and Application to Proceed in Forma Pauperis, B. Proposed Installment Schedule, beginning February 2026.

WHEREFORE, Appellants respectfully request that the Court enter an order waiving the appeal filing fee or, in the alternative, permitting payment on a deferred or installment basis.

_____  _____
Craig Rominger, Pro Se                          Heidi Rominger, Pro Se

7517 150th St SE                                      7517 150th St SE
Snohomish, WA 98296                             Snohomish, WA 98296
Craig.rominger@gmail.com                     heidi.rominger@gmail.com

Dated this 25th day of November, 2025.

Respectfully submitted,


/s/ Craig C Rominger
Craig Rominger
Pro Se Litigant
7517 150th St SE
Snohomish, WA 98296
craig.rominger@gmail.com

# UNITED STATES DISTRICT COURT
## Western District of Washington

Craig + Heidi Rominger

~~Plaintiff~~ Appellants

vs.

Jonathan Roberts

~~Defendant(s)~~ Appellee

Case Number: 2-25-CV-02143-LK

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) _____ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes  Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☒ No  Date of last employment 9/13/25  Total amount of last net monthly salary $ 5,800

2. If married, is your spouse presently employed?  ☐ Not married

   ☒ Yes  Total amount of spouse's net monthly salary (take home pay) $ 4,800

   Name and address of employer Andersen 1200 5th Ave #1600, Seattle, WA 98101

   ☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment      $ 0
   b. Income from rent, interest or dividends            $ 0
   c. Pensions, annuities or life insurance payments     $ 0
   d. Disability, unemployment, workers compensation or public assistance  $ 0
   e. Gifts or inheritances                              $ 0
   f. Money received from child support or alimony       $ 0
   g. Describe any other source of income _____  $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 17.00    Checking Account $ 222.92    Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☒ Yes
☐ No

Retirement plan ±$30,000 w/ $15,000 in loans from Retirement plan    $ 15,000

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☒ Yes
☐ No

18 year old son, unemployed    $ 1,500

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Rent, transportation, loan payments, credit cards, utilities, cell phone, cable, internet    $ 9,000.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

We are bankrupt. We declared bankruptcy July 19, 2024. Still pending.

I declare under penalty of perjury that the foregoing is true and correct.

11/24/25
**Executed on: (Date)    Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) _____

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

11/24/25
**Executed on: (Date)    Signature of Plaintiff (Required)**

**Untied States District Court**
*Case No: 2-25-cv-02143-LK*
Craig & Heidi Rominger, Appellants

PROPOSED INSTALLMENT PLAN

| | |
|---|---|
| Rominger Appeal Filing Costs | $298 |
| February | $37.25 |
| March | $37.25 |
| April | $37.25 |
| May | $37.25 |
| June | $37.25 |
| July | $37.25 |
| August | $37.25 |
| September | $37.25 |
| | $ 298.00 |