UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: CRAIG CLINTON ROMINGER and HEIDI KAY ROMINGER | CASE NO. 2:25-cv-02143-LK<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL |

This matter comes before the Court on Craig and Heidi Rominger's Motion to Extend Time (60 Days) to File Statement of Issues and Designation of Record on Appeal. Dkt. No. 5. For the reasons set forth below, the Court grants the motion.

I. BACKGROUND

On October 23, 2025, the U.S. Bankruptcy Court entered a judgment and order denying the Romingers' discharge under 11 U.S.C. § 727(d)(1). *See* Dkt. No. 5 at 2; *see also* Dkt. No. 1-1 at 31–32. The Romingers have appealed that judgment to this Court.

On November 10, 2025, the Romingers filed this motion for a 60-day extension of time to file their Statement of Issues on Appeal and Designation of Record. Dkt. No. 5 at 1. Now that the

ORDER GRANTING MOTION TO EXTEND TIME TO FILE STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL - 1

Romingers have paid the appeal filing fee, Dkt. No. 10, this motion is ripe for the Court's consideration.

## II. DISCUSSION

The Romingers contend that the Court may extend the deadlines for good cause under Federal Rules of Bankruptcy Procedure 8009(c) and 8018(b). Dkt. No. 5 at 3. They state that they "are in the process of obtaining certified transcripts and certain exhibits from the trial proceedings, but these remain outstanding as of [their motion]." *Id.* at 2. They also state that they are "transitioning to new appellate counsel, who requires adequate time to review the record, coordinate with the bankruptcy clerk and court reporter, and prepare the necessary filings." *Id.*

Federal Rule of Bankruptcy Procedure 8018(b) requires appellants to serve and file an appendix that includes, among other things, "any relevant transcript or portion of it." If the transcript is unavailable, the appellant may "prepare a statement of the evidence or proceedings from the best available means, including the appellant's recollection." Fed. R. Bankr. P. 8009(c)(1). Appellants must file their designations of the record, statement of issues, and either a copy of their request for the transcript to the court reporter or a statement that they are not ordering the transcript "within 14 days after [] the notice of appeal as of right has become effective under Rule 8002; or an order granting leave to appeal has been entered." Fed. R. Bankr. P. 8009(a).

The Romingers' motion does not state when their appeal materials were due. *See generally* Dkt. No. 5. The Romingers are appealing the bankruptcy court's judgment against them, which was entered on October 23, 2025. Dkt. No. 1-1 at 31. They filed their notice of appeal on October 28, 2025, *see* Dkt. No. 1-2 at 1, so their notice of appeal became effective on that date. The Romingers' materials were therefore due on November 12, 2025. *See* Fed. R. Bankr. P. 8009(a) (setting 14-day deadline); *see also* Fed. R. Bankr. P. 9006(a)(1) (where, as here, the last day falls on a legal holiday, the "last day" extends to the next day that is not a legal holiday). Because the

ORDER GRANTING MOTION TO EXTEND TIME TO FILE STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL - 2

1  Romingers filed this motion on November 10, 2025, Dkt. No. 5, before their deadline elapsed, the
2  Court may extend the deadline "for cause," Fed. R. Bankr. P. 9006(b)(1).

3        The Court finds cause to extend the deadline because the Romingers are obtaining new
4  counsel, there is no indication in the record that the extension will inconvenience the Court or other
5  parties, and the Romingers contend that they will be able to meet the extended deadline and will
6  suffer harm absent a continuance. *See* Dkt. No. 5 at 2; *see also In re Atiyeh*, BAP No. CC-25-1065-
7  LGN, 2025 WL 2837771, at *3 (9th Cir. BAP Oct. 7, 2025) (setting forth factors to review a
8  bankruptcy court's denial of an extension under Rule 9006). Accordingly, the Court extends the
9  deadline by 60 days to January 12, 2026.

### III.  CONCLUSION

11        For the reasons set forth above, the Court GRANTS the Romingers' Motion to Extend
12  Time (60 Days) to File Statement of Issues and Designation of Record on Appeal, Dkt. No. 5, and
13  extends their deadline to file those materials to January 12, 2026.

14        Dated this 30th day of December, 2025.

*Lauren King*
Lauren King
United States District Judge